UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM MITCHELL, | |
| Petitioner, | Case No. C15-1290-RAJ |
| v. | |
| WARDEN INGRAM. | ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS |
| Respondent. | |

The Court, having reviewed petitioner's petition for writ of habeas corpus, respondent's motion to dismiss, the Report and Recommendation of James P. Donohue, United States Magistrate Judge, any objections thereto, and the remaining record, hereby ORDERS:

(1) The Court adopts the Report and Recommendation.

(2) Respondent's motion to dismiss, Dkt. 16, is GRANTED.

(3) Petitioner's petition for writ of habeas corpus under 28 U.S.C. § 2241, Dkt. 8, is DISMISSED with prejudice for failure to exhaust administrative remedies.

ORDER DISMISSING PETITION
FOR WRIT OF HABEAS CORPUS
PAGE - 1

Case 2:15-cv-01290-RAJ   Document 28   Filed 08/12/16   Page 2 of 2

(4) The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to the Honorable James P. Donohue.

DATED this 12th day of August, 2016.

The Honorable Richard A. Jones
United States District Judge

ORDER DISMISSING PETITION
FOR WRIT OF HABEAS CORPUS
PAGE - 2